UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT McCARTHY, | No. 2:16-cv-00505-KJM-AC |
| Plaintiff, | |
| v. | ORDER |
| SAINI LODGING INVESTMENT, LLC, | |
| Defendants. | |

On May 5, 2016, 2015, the court directed the parties to meet and confer to discuss settlement of this action and to file a joint status report within 60 days advising the court of their efforts. The sixty days has passed but as of the date of this order, the parties have yet to file a joint report. The parties are ORDERED TO SHOW CAUSE why they should not be sanctioned $250 each for failing to comply with this court's order.

IT IS SO ORDERED.

DATED: October 25, 2016

_____
UNITED STATES DISTRICT JUDGE

1