# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT McCARTHY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAINI LODGING INVESTMENT, LLC,<br><br>　　　　Defendant. | No. 2:16-CV-00505-KJM-AC<br><br><br>ORDER |

On May 12, 2017, the parties represented that this case had settled. ECF No. 16. The court directed the parties to file dispositional documents by June 12, 2017. Minute Order, May 12, 2017, ECF No. 17. That deadline has now passed with no word from either party. This is the second time the parties have failed to comply with a court order. *See* Order to Show Cause, Oct. 25, 2016, ECF No. 10.

Accordingly, the parties are again ORDERED to SHOW CAUSE within seven (7) days why they should not be sanctioned $250.00 each for failing to heed the court's order, or in the alternative why the case should not be dismissed.

　　　　IT IS SO ORDERED.

DATED: June 21, 2017.

_____
UNITED STATES DISTRICT JUDGE