1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                           EASTERN DISTRICT OF CALIFORNIA

10

11   ROBERT McCARTHY,                          No. 2:16-CV-00505-KJM-AC

12                  Plaintiff,

13        v.                                    ORDER

14   SAINI LODGING INVESTMENT, LLC,

15                  Defendant.

16

17          On May 12, 2017, the parties represented that this case had settled.   ECF No. 16.

18   The court directed the parties to file dispositional documents by June 12, 2017.  Minute Order,

19   May 12, 2017, ECF No. 17.  That deadline passed with no word from either party, which marked

20   the second time both parties had disobeyed a court order.  *See* Order to Show Cause ("OSC"),

21   Oct. 25, 2016, ECF No. 10.  Accordingly, the court again ordered counsel for both parties to show

22   cause why they should not be sanctioned $250.00 each for failing to heed the court's order.  OSC,

23   June 22, 2017, ECF No. 18.  Both parties timely responded.  ECF Nos. 19, 22, 23.  Counsel for

24   defendant explained his client refused to sign the settlement agreement, which caused the parties

25   to miss the court's deadline to file dispositional documents.  ECG No. 22.  Counsel for plaintiff

26   explained his client signed all documents pertaining to the agreement on time.  ECF No. 23.

27          Though these responses explain why dispositional documents were not filed by the

28   court's deadline, neither counsel justified the failure to keep the court apprised or to request more

1 | time to file those documents.  It is not the court's job to serve as a tickler system for the parties.

2 | Because this is the second time the court has had to issue an order to show cause, the court hereby

3 | SANCTIONS Mr. David Wakefield and Mr. Cris Vaughan in the amount of $250 each, payable

4 | to the Clerk of the Court within fourteen days.  Neither attorney shall pass this expense on to their

5 | clients.

6 |          IT IS SO ORDERED.

7 |          This order resolves ECF No. 18.

8 | DATED:  August 9, 2017.

_____
UNITED STATES DISTRICT JUDGE